■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RICHARD WIECZKOWSKI, Appellant.— Motion by appellant to dispense with printing granted. The appeal will be heard on the original papers (including the typed minutes) and on appellant's typewritten brief, which shall include a copy of the opinion, if any, of the trial court. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. Appellant's time to perfect the appeal is enlarged to the May Term, beginning April 24, 1961; appeal ordered on the calendar for said term. Ughetta, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ SAUL SCHWARTZ, Respondent, v. CITY OF MOUNT VERNON, Defendant, and BOARD OF EDUCATION OF THE CITY OF MOUNT VERNON, Appellant.— Motion by appellant for leave to appeal to the Court of Appeals denied. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

■ MICHEL M. SEGAL et al., Appellants, v. ALEXANDER J. KULCH et al., Respondents. MICHEL M. SEGAL et al., Appellants, v. ALEXANDER J. KULCH et al., Respondents.— Motion by appellants to further extend time to perfect appeal, granted; time extended to the May Term, beginning April 24, 1961; appeal ordered on the calendar for said term. The record and appellants' brief must be served and filed on or before April 10, 1961. Ughetta, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ LYLE STUART et al., Respondents, v. KINGSVIEW HOMES, INC., et al., Appellants.— On the call of the calendar, appeal dismissed; there being no appearance for appellants. Nolan, P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ CITY OF NEW YORK, Acting by the Board of Transportation of the City of New York, Appellant, v. RITA CASEY, as Administratrix of the Estate of WALTER J. CASEY, Deceased, Respondent.— In an action pursuant to section 29 of the Workmen's Compensation Law, by the City of New York, a self-insured workmen's compensation carrier, as subrogee of an injured employee's third-party action against the personal representative of the decedent who allegedly caused said employee's injuries, the plaintiff appeals: (a) from an order of the Supreme Court, Kings County, dated September 22, 1958, granting defendant's motion to dismiss the complaint for lack of prosecution; (b) from the judgment, dated September 29, 1958, entered thereon; and (c) from an order of said court, dated February 27, 1959, denying plaintiff's motion for the resettlement of the said order of dismissal so as to amend the recitals therein. Orders and judgment affirmed, without costs. No opinion. Beldock, Acting P. J., Ughetta, Kleinfeld, Pette and Brennan, JJ., concur. [15 Misc 2d 556.]

■ JOHN J. CREEGAN, Respondent, v. JAMES C. JENKINS et al., Appellants.— In an action to recover damages for personal injuries, the defendants appeal: (1) from an order of the Supreme Court, Westchester County, dated August 11, 1960, which granted plaintiff's motion, pursuant to rule 151 of the Rules of Civil Practice, for a preference in the trial of this action; (2) from an order of the same court, dated October 10, 1960, which granted the defendants' motion for reargument and on reargument adhered to the original decision. Order dated October 10, 1960, affirmed, with $10 costs and disbursements. No opinion. Appeal from order dated August 11, 1960, dismissed, without costs. That order was superseded by the later order granting reargument. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.